IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LOUIS A. WINGARD III,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D15-5513

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 1, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Louis A. Wingard, III, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of prohibition is denied.

ROWE, KELSEY, and JAY, JJ., CONCUR.